June 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

**DR. ABDUL MEMOM AND ABDUL Q. MEMOM, M.D. & ASSOCIATES RETIREMENT TRUST, Appellants**

NO. 14-15-00350-CV                    V.

**MICHAEL COLLINS A/K/A MICHAEL A. COLLINS A/K/A MICHAEL C. COLLINS A/K/A MICHAEL A.C. COLLINS, Appellee**

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 25, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Dr. Abdul Memom and Abdul Q. Memom, M.D. & Associates Retirement Trust.

We further order this decision certified below for observance.